# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:18-CV-075-RJC-DCK

| | |
|---|---|
| BENJAMIN REETZ, individually and as the representative of a class of similarly situated persons, and on behalf of the Lowe's 401(k) Plan, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| | ) |
| LOWE'S COMPANIES, INC., ADMINISTRATIVE COMMITTEE OF LOWE'S COMPANIES, INC., JOHN AND JANE DOES 1-20, and AON HEWITT INVESTMENT CONSULTING, INC., | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 5) filed by F. Hill Allen, concerning Kai H. Richter on April 30, 2018. Kai H. Richter seeks to appear as counsel *pro hac vice* for Plaintiff Benjamin Reetz, individually and as the representative of a class of similarly situated persons, on behalf of the Lowe's 401(k) Plan. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 5) is **GRANTED.** Kai H. Richter is hereby admitted *pro hac vice* to represent Plaintiff Benjamin Reetz, individually and as the representative of a class of similarly situated persons, on behalf of the Lowe's 401(k) Plan.

**SO ORDERED**.

Signed: May 1, 2018

David C. Keesler
United States Magistrate Judge