**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO.  5:18-CV-075-RJC-DCK**

| | |
|---|---|
| **BENJAMIN REETZ, individually and as the representative of a class of similarly situated persons, and on behalf of the Lowe's 401(k) Plan,** ) ) ) ) ) | |
| **Plaintiff,** ) ) | |
| **v.** ) | **ORDER** |
| ) | |
| **LOWE'S COMPANIES, INC., ADMINISTRATIVE COMMITTEE OF LOWE'S COMPANIES, INC.,  JOHN AND JANE DOES 1-20, and  AON HEWITT INVESTMENT CONSULTING, INC.,** ) ) ) ) ) ) | |
| **Defendants.** ) ) | |

      **THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 21) filed by Michael G. Adams, concerning Stuart Sarnoff on May 18, 2018.  Mr. Stuart Sarnoff seeks to appear as counsel *pro hac vice* for Defendant Aon Hewitt Investment Consulting, Inc.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

      **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 21) is **GRANTED**.  Mr. Stuart Sarnoff is hereby admitted *pro hac vice* to represent Defendant Aon Hewitt Investment Consulting, Inc.

      **SO ORDERED**.

Signed: May 21, 2018

David C. Keesler
United States Magistrate Judge