## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CIVIL ACTION NO.  5:18-CV-075-RJC-DCK

| | | |
|---|---|---|
| **BENJAMIN REETZ, individually and as the representative of a class of similarly situated persons, and on behalf of the Lowe's 401(k) Plan,** | ) ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **ORDER** |
| **LOWE'S COMPANIES, INC., ADMINISTRATIVE COMMITTEE OF LOWE'S COMPANIES, INC.,  JOHN AND JANE DOES 1-20, and  AON HEWITT INVESTMENT CONSULTING, INC.,** | ) ) ) ) ) ) | |
| **Defendants.** | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 29) filed by Mark A. Nebrig, concerning Justin Holmes on June 8, 2018.  Mr. Justin Holmes seeks to appear as counsel *pro hac vice* for Defendant Lowe's Companies, Inc. and Administrative Committee of Lowe's Companies, Inc.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 29) is **GRANTED**.  Mr. Justin Homes is hereby admitted *pro hac vice* to represent Defendant Lowe's Companies, Inc. and Administrative Committee of Lowe's Companies, Inc.

**SO ORDERED**.

Signed: June 11, 2018

David C. Keesler
United States Magistrate Judge