IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **BENJAMIN REETZ**, individually and as the representative of a class of similarly situated persons, and on behalf of the Lowe's 401(k) Plan, | )<br>)<br>)<br>)<br>) |
| **Plaintiff,** | )  Civil Action No. 5:18-cv-75<br>)<br>)  **Oral Argument Requested** |
| v. | )<br>) |
| **LOWE'S COMPANIES, INC., ADMINISTRATIVE COMMITTEE OF LOWE'S COMPANIES, INC., JOHN AND JANE DOES 1-20, and AON HEWITT INVESTMENT CONSULTING, INC.,** | )<br>)<br>)<br>)<br>)<br>)<br>) |
| **Defendants.** | |

### LOWE'S DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Defendants Lowe's Companies, Inc. ("Lowe's") and the Administrative Committee of Lowe's Companies, Inc. (the "Committee," and, collectively, the "Lowe's Defendants") respectfully move under Federal Rule of Civil Procedure 12(b)(6) and Local Rule 7.1 to dismiss the Complaint (Dkt. No. 1) in this action with prejudice.

The Complaint fails in its entirety because Plaintiff has not alleged facts sufficient to support any claim for which he is entitled to relief, and no amount of re-pleading can overcome those deficiencies. Specifically, as explained in the accompanying Memorandum of Law: (1) Count I of the Complaint fails to state a valid claim against the Lowe's Defendants for breach of the fiduciary duties of loyalty and prudence under 29 U.S.C. § 1104; and (2) Count II of the Complaint fails to state a valid claim against Defendant Lowe's for breach of the duty to monitor

fiduciaries. Therefore, the Lowe's Defendants respectfully ask this Court to dismiss the Complaint with prejudice and to grant the Lowe's Defendants any other relief that the Court deems proper.

## REQUEST FOR ORAL ARGUMENT

Due to the breadth, complexity, and importance of the issues raised by the Complaint and by this Motion, the Lowe's Defendants respectfully request oral argument on this Motion.

Respectfully submitted this 29th day of June, 2018,

/s/Mark A. Nebrig
Mark A. Nebrig (N.C. Bar No. 28710)
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone: (704) 331-1000
Facsimile: (704) 331-1159
marknebrig@mvalaw.com

Lars C. Golumbic (admitted *pro hac vice*)
Sean C. Abouchedid (admitted *pro hac vice*)
Justin M. Holmes (admitted *pro hac vice*)
Stephen M. Pennartz (admitted *pro hac vice*)
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave., NW
Washington, DC 20006
Telephone: (202) 857-0620
Facsimile: (202) 659-4503
lgolumbic@groom.com
sabouchedid@groom.com
jholmes@groom.com
spennartz@groom.com

*Attorneys for Lowe's Defendants*

2

## CERTIFICATE OF SERVICE

This is to certify that, on June 29, 2018, a copy of the foregoing ***LOWE'S DEFENDANTS' MOTION TO DISMISS THE COMPLAINT*** was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically send notification of filing to all counsel of record in the ECF System.

.

<pre>
                              /s/Mark A. Nebrig
                              Mark A. Nebrig (N.C. Bar No. 28710)
                              MOORE & VAN ALLEN PLLC
                              100 North Tryon Street, Suite 4700
                              Charlotte, NC 28202
                              Telephone: (704) 331-1000
                              Facsimile: (704) 331-1159
                              marknebrig@mvalaw.com
</pre>