IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:18-CV-075-RJC-DCK

| | |
|---|---|
| BENJAMIN REETZ, individually and as the representative of a class of similarly situated persons, and on behalf of the Lowe's 401(k) Plan, </br></br> Plaintiff, </br></br> v. </br></br> LOWE'S COMPANIES, INC., ADMINISTRATIVE COMMITTEE OF LOWE'S COMPANIES, INC., JOHN AND JANE DOES 1-20, and AON HEWITT INVESTMENT CONSULTING, INC., </br></br> Defendants. | ) ) ) ) ) ) ) ) ) **ORDER** ) ) ) ) ) ) ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 47) filed by F. Hill Allen, concerning Chloe A. O'Neill on November 27, 2018. Ms. Chloe A. O'Neill seeks to appear as counsel *pro hac vice* for Plaintiff, Benjamin Reetz, individually and as the representative of a class of similarly situated persons, and on behalf of the Lowe's 401(k) Plan. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 47) is **GRANTED**. Ms. Chloe A. O'Neill is hereby admitted *pro hac vice* to represent Plaintiff, Benjamin Reetz, individually and as the representative of a class of similarly situated persons, and on behalf of the Lowe's 401(k) Plan.

Signed: November 28, 2018

David C. Keesler
United States Magistrate Judge