# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:18-CV-075-RJC-DCK

| | |
|---|---|
| BENJAMIN REETZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LOWE'S COMPANIES, INC., ) | |
| ADMINISTRATIVE COMMITTEE OF ) | |
| LOWE'S COMPANIES, INC., JOHN AND ) | |
| JANE DOES 1-20, and AON HEWITT ) | |
| INVESTMENT CONSULTING, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling.

The undersigned notes that "Lowe's Defendants' Motion To Dismiss The Complaint" (Document No. 38) is ripe for disposition. Defendants have requested oral argument on the pending motion, and the undersigned agrees that a hearing might assist the Court's determination.

**IT IS, THEREFORE, ORDERED** that counsel for the parties shall appear for a Status and Motions Hearing on **January 10, 2019**, **at 10:00 a.m.**, at the Charles R. Jonas Federal Courthouse, 401 W. Trade Street, Courtroom #2-2, Charlotte, North Carolina.

**SO ORDERED**.

Signed: December 12, 2018

David C. Keesler
United States Magistrate Judge