# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:18-CV-075-RJC-DCK

| | |
|---|---|
| BENJAMIN REETZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ORDER ) |
| LOWE'S COMPANIES, INC., ADMINISTRATIVE COMMITTEE OF LOWE'S COMPANIES, INC., JOHN AND JANE DOES 1-20, and AON HEWITT INVESTMENT CONSULTING, INC., | ) ) ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion To Reschedule Date Of Motions/Status Hearing" (Document No. 50) filed December 18, 2018. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion To Reschedule Date Of Motions/Status Hearing" (Document No. 50) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Motions/Status Hearing shall be set for Tuesday, **January 29, 2019** at 2:30 p.m., Charles R. Jonas Federal Building, Courtroom 2-2, 401 West Trade Street, Charlotte, North Carolina 28202.

Signed: December 18, 2018

David C. Keesler
United States Magistrate Judge