# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:18-CV-075-KDB-DCK

| | |
|---|---|
| BENJAMIN REETZ, individually, and as the representative of a class of similarly situated persons, and on behalf of the Lowe's 401(k) Plan, <br><br> Plaintiff, <br><br> v. <br><br> LOWE'S COMPANIES, INC., ADMINISTRATIVE COMMITTEE OF LOWE'S COMPANIES, INC., JOHN and JANE DOES 1-20, and AON HEWITT INVESTMENT CONSULTING, INC., <br><br> Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 74) filed by Michael G. Adams, concerning Jeffrey A. N. Kopczynski on February 11, 2020. Jeffrey A. N. Kopczynski seeks to appear as counsel *pro hac vice* for Defendant AON Hewitt Investment Consulting, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 74) is **GRANTED**. Jeffrey A. N. Kopczynski is hereby admitted *pro hac vice* to represent Defendant AON Hewitt Investment Consulting, Inc.

Signed: February 12, 2020

David C. Keesler
United States Magistrate Judge