**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL ACTION NO. 5:18-CV-075-KDB-DCK**

| | | |
|---|---|---|
| **BENJAMIN REETZ, individually, and as the representative of a class of similarly situated persons, and on behalf of the Lowe's 401(k) Plan,** | ) ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **ORDER** |
| **LOWE'S COMPANIES, INC., ADMINISTRATIVE COMMITTEE OF LOWE'S COMPANIES, INC., JOHN and JANE DOES 1-20, and AON HEWITT INVESTMENT CONSULTING, INC.,** | ) ) ) ) ) ) | |
| **Defendants.** | ) ) | |

      **THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 76) filed by Michael G. Adams, concerning Deanna M. Rice on February 21, 2020. Deanna M. Rice seeks to appear as counsel *pro hac vice* for Defendant AON Hewitt Investment Consulting, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

      **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 76) is **GRANTED**. Deanna M. Rice is hereby admitted *pro hac vice* to represent Defendant AON Hewitt Investment Consulting, Inc.

Signed: February 21, 2020

David C. Keesler
United States Magistrate Judge