# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CIVIL ACTION NO.  5:18-CV-075-KDB-DCK

| | | |
|---|---|---|
| BENJAMIN REETZ, individually, and as the representative of a class of similarly situated persons, and on behalf of the Lowe's 401(k) Plan, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| LOWE'S COMPANIES, INC., ADMINISTRATIVE COMMITTEE OF LOWE'S COMPANIES, INC.,  JOHN and JANE DOES 1-20,  and  AON HEWITT INVESTMENT CONSULTING, INC., | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 78) filed by Mark A. Nebrig, concerning Andrew Salek-Raham on February 21, 2020.  Andrew Salek-Raham seeks to appear as counsel *pro hac vice* for Defendant Lowe's Companies, Inc. and Administrative Committee of Lowe's Companies, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 78) is **GRANTED**.  Andrew Salek-Raham is hereby admitted *pro hac vice* to represent Defendant Lowe's Companies, Inc. and Administrative Committee of Lowe's Companies, Inc.

Signed: February 25, 2020

David C. Keesler
United States Magistrate Judge