IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:18-CV-075-KDB-DCK

| | |
|---|---|
| BENJAMIN REETZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LOWE'S COMPANIES, INC., et al., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 99) filed by Nicholas H. Lee, concerning Edward Moss on November 6, 2020. Edward Moss seeks to appear as counsel *pro hac vice* for Defendant Aon Hewitt Investment Consulting, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 99) is **GRANTED**. Edward Moss is hereby admitted *pro hac vice* to represent Defendant Aon Hewitt Investment Consulting, Inc.

Signed: November 9, 2020

David C. Keesler
United States Magistrate Judge