# EXHIBIT A

**OFFICIAL NOTICE OF PENDING CLASS ACTION FROM THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

# If you participated in or received benefits from the Lowe's 401(k) Plan and invested in the Hewitt Growth Fund, a class action lawsuit may affect your rights.

The Court has authorized this notice. This is not a solicitation from a lawyer.

- A federal lawsuit alleges that the Hewitt Growth Fund was improperly included and retained in the Lowe's 401(k) Plan ("Plan") by the Plan's fiduciaries. The lawsuit is being brought against Lowe's Companies, Inc. ("Lowe's"), the Administrative Committee of Lowe's Companies, Inc. (the "Committee"), and Aon Hewitt Investment Consulting, Inc. ("Aon") (collectively, the "Defendants").

- The Court has preliminarily allowed the lawsuit to proceed as a class action on behalf of all participants and beneficiaries of the Plan whose Plan account balances were invested in the Hewitt Growth Fund at any time on or after October 1, 2015, through the date of judgment, excluding the Defendants, any of their directors, and any officers or employees of Defendants with responsibility for the Plan's investment or administrative functions (the "Class").

- The Court has not decided whether the Defendants did anything wrong or whether the Class has suffered any damages. There is therefore no money available now, and no changes have been made to the Plan's investment structure or management at this time. However, your legal rights may be affected.

| YOUR LEGAL RIGHTS AND OPTIONS |
|---|
| If the Court enters a final order certifying the Class, you will be automatically included in the lawsuit if you qualify as a Class member. This lawsuit will resolve the legal claims asserted in the lawsuit for all Class members. You do not need to do anything to keep the possibility of receiving money or relief, which may occur following a trial or settlement. If the Court enters a final order certifying the Class, you will not have the option to exclude yourself from this class action. However, you may object to the action proceeding as a class action by filing a written objection as explained further below. You are also welcome to attend any court proceedings in the case, including the trial if a trial occurs. |

- The lawyers for the Class must prove the claims against Defendants at a trial that is currently set to start on March 15, 2021. If money or benefits are obtained on behalf of the Class as a result of the lawsuit, or any changes are made to the Plan's investment lineup, you will be notified.

- Further information about the lawsuit is provided in this notice.

- For more information, visit [www.lowes401kclassaction.com] or contact Class Counsel by calling [NUMBER].

1

| **WHAT THIS NOTICE CONTAINS** |
|---|

**BASIC INFORMATION** ........................................................................................................ 3

    1.   Why did I get this notice? .............................................................................. 3

    2.   What is this lawsuit about? ............................................................................ 3

    3.   What is a class action and who is involved? ................................................. 3

    4.   Why is this lawsuit a class action? ................................................................ 3

**THE CLAIMS IN THIS LAWSUIT** .................................................................................... 4

    5.   What does this lawsuit claim? ....................................................................... 4

    6.   How do the Defendants answer? .................................................................. 4

    7.   Has the Court decided who is right? ............................................................. 4

    8.   What is the Plaintiff asking for? .................................................................... 4

    9.   Is there any money available now, or are any changes to the Plan now taking effect? ....... 5

**WHO IS IN THE CLASS?** .................................................................................................... 5

    10.   Who is a Class member? ............................................................................ 5

    11.   I'm still not sure if I am included. .............................................................. 5

**YOUR RIGHTS AND OPTIONS** ........................................................................................ 5

    12.   Can I be excluded from this Class? ........................................................... 5

    13.   Can I be excluded from this Class? ........................................................... 5

    14.   What happens if I do nothing at all? .......................................................... 6

**THE LAWYERS REPRESENTING YOU** ....................................................................... 6

    15.   Do I have a lawyer in this case? ................................................................ 6

    16.   Should I get my own lawyer? .................................................................... 6

    17.   How will the lawyers be paid? ................................................................... 7

**THE TRIAL** ............................................................................................................................ 7

    18.   How and when will the Court decide who is right? .................................. 7

    19.   Do I have to come to the trial? .................................................................. 7

    20.   Will I get money after the trial? ................................................................ 7

**GETTING MORE INFORMATION** ................................................................................... 7

    21.   Are more details available? ....................................................................... 7

# BASIC INFORMATION

### 1. Why did I get this notice?

You are receiving this notice because the Plan's records show that you participated in, or received benefits from, the Lowe's 401(k) Plan ("Plan") and were invested in the Hewitt Growth Fund on or after October 1, 2015, and therefore are a member of the Class. The lawsuit is known as *Reetz v. Lowe's Companies, Inc. et al.*, No. 5:18-cv-075-RJC-DCK (W.D.N.C.). The Honorable Kenneth D. Bell of the United States District Court for the Western District of North Carolina ("Court") is presiding over this class action lawsuit, and has preliminarily certified the lawsuit as a class action. This notice provides information about the lawsuit, how it may affect you, and your legal rights and options.

### 2. What is this lawsuit about?

This lawsuit is about whether Defendants managed the Plan in a prudent manner and in the best interests of the participants and beneficiaries of the Plan in connection with the decision to include and retain the Hewitt Growth Fund as an investment option in the Plan.

### 3. What is a class action and who is involved?

In a class action such as this relating to a retirement plan, one or more people called "Class Representatives" (in this case, Benjamin Reetz, who was a participant in the Plan) sue on behalf of the plan and other people who have similar claims. These people are collectively called a "Class" or "Class Members." The person who sued – and all Class Members like them – are called the "Plaintiffs." The persons and entities they sued are called the Defendants. One court resolves the issues in the lawsuit for all of the Class Members and the Plan.

### 4. Why is this lawsuit a class action?

The Court preliminarily decided that this lawsuit can be a class action and move towards a trial because it meets the requirements of Federal Rule of Civil Procedure 23, which governs class actions in federal courts. Specifically, the Court preliminarily found that:

- There are thousands of Class members;
- There are legal questions and facts that are common to the Class members;
- The Class Representative's claims are typical of the claims of the other Class members;
- The Class Representative and the lawyers representing the Class will fairly and adequately represent the Class members' interests; and
- The outcome of this lawsuit, which is brought on behalf of the Plan, would dispose of the interests of other Class Members or would substantially affect their legal rights.

More information about why the Court is allowing this lawsuit to be a class action is in the Court's Order Preliminarily Granting Class Certification, available at [www.lowes401kclassaction.com].

3

## THE CLAIMS IN THIS LAWSUIT

### 5. What does this lawsuit claim?

In the lawsuit, the Plaintiff claims that the Defendants breached their fiduciary duties under the Employee Retirement Income Security Act ("ERISA") by including and retaining the Hewitt Growth Fund in the Plan. Among other things, the lawsuit claims that Defendants breached their fiduciary duties by (a) selecting the Hewitt Growth Fund for the Plan, and restructuring of the Plan's investment menu insofar as it relates to the Hewitt Growth Fund and the funds it replaced; (b) transferring Plan assets from eight existing funds to the Hewitt Growth Fund after it was added to the Plan; and (c) retaining and failing to prudently monitor the Hewitt Growth Fund in the Plan's investment lineup during the period following its selection as a Plan investment option. In addition, the lawsuit claims that Lowe's failed to appropriately monitor the Administrative Committee and the process by which the Hewitt Growth Fund was selected and retained for the Plan, and that each Defendant is responsible for the alleged fiduciary breaches of its co-fiduciaries. Plaintiff claims that the Plan suffered millions of dollars in losses as a result of the Defendants' alleged fiduciary breaches. You can read Plaintiff's First Amended Complaint at [www.lowes401kclassaction.com].

### 6. How do the Defendants answer?

Defendants deny that they violated any law or duty owed to the Plan or its participants. Specifically, Defendants claim that they acted prudently and in the best interests of the Plan's participants in connection with the restructuring of the Plan's investment menu, the selection, monitoring, and retention of the Hewitt Growth Fund, the transfer of assets to the Growth Fund, and all of Plaintiff's other claims in the lawsuit. Defendants also claim that the Hewitt Growth Fund has performed well as an investment option for the Plan, and that the Plan's participants have not suffered any losses from investing the fund. . Defendants' respective Answers to the Complaint are available at [www.lowes401kclassaction.com].

### 7. Has the Court decided who is right?

The Court has not yet heard any evidence or decided whether the Plaintiff or the Defendants are correct. By allowing the lawsuit to proceed as a class action and issuing this Notice, the Court is not suggesting that the Plaintiff will win or lose this case. The Plaintiff must prove his claims at a trial that is currently scheduled to start on March 15, 2021.

### 8. What is the Plaintiff asking for?

The Plaintiff is seeking to recover the losses that Plaintiff alleges resulted from the inclusion and retention of the Hewitt Growth Fund in the Plan, and the investment of Plan assets in that fund. In addition, the Plaintiff is asking for prospective relief relating to the management of the Plan going forward, including potentially removing the Hewitt Growth Fund from the Plan's investment lineup and replacing it with alternative investment options (or a further review of whether the Hewitt Growth Fund should be removed and replaced).

**9. Is there any money available now, or are any changes to the Plan now taking effect?**

No money or benefits are available now because the Court has not yet decided whether the Defendants did anything wrong, and the parties have not settled the case. Similarly, the Court has not yet decided whether any changes should be made to the Plan's investment structure or management with respect to the Hewitt Growth Fund. There is no guarantee that money or benefits will ever be obtained, or that the Plan's investment options will change. If they are, you will be notified.

## WHO IS IN THE CLASS?

**10. Who is a Class member?**

The Court has certified the following Class:

> All participants and beneficiaries of the Lowe's 401(k) Plan whose Plan account balances were invested in the Hewitt Growth Fund at any time on or after October 1, 2015, through the date of judgment, excluding Defendants, any of their directors, and any officers or employees of Defendants with responsibility for the Plan's investment or administrative functions.

**11. I'm not sure if I am included.**

If you are not sure whether you are included, you can review the Court's Order Preliminarily Granting Class Certification, which is available at [www.lowes401kclassaction.com]. You can also contact Class Counsel by calling [NUMBER], or write to Class Counsel at the address specified in Question and Answer 21 below.

## YOUR RIGHTS AND OPTIONS

**12. Can I be excluded from this Class?**

In the event the Court enters a final order certifying the Class, you will be automatically included in the lawsuit if you are a Class member. This lawsuit will resolve the legal claims in the lawsuit for all Class members. You do not have the option to exclude yourself from this class action if the Class is finally certified.

**13. Can I object to this Class?**

If you wish to object to the certification of this Class, you may submit your objection, in writing, to the Court and counsel for all parties at the addresses below:

| Court | Class Counsel | Defendants' Counsel |
|---|---|---|
| Clerk of the Court<br>United States District Court<br>Western District of North Carolina<br>401 West Trade Street | Kai Richter<br>Nichols Kaster, PLLP<br>4700 IDS Center<br>80 South 8th Street | Lars Golumbic<br>Groom Law Group, Chartered<br>1701 Pennsylvania Ave N.W. |

5

| Room 210<br>Charlotte, NC 28202 | Minneapolis, MN 55402 | Washington, D.C. 2006<br><br>Brian Boyle<br>O'Melveny & Myers LLP<br>1625 Eye Street N.W.<br>Washington, D.C. 20006 |
|---|---|---|

In order for an objection to be considered by the Court, it must be postmarked by [30 days after class notice is mailed]. The objection must be in writing and should include the case name *Reetz v. Lowe's Companies, Inc, et al.,* No. 5:18-cv-075-RJC-DCK (W.D.N.C.), and also include: (a) your name; (b) your address; (c) a statement that you are a member of the Class; (d) the specific grounds for the objection (including all arguments, citations, and evidence supporting the objection); (e) all documents or writings that you desire the Court to consider (including all copies of any documents relied upon in the objection); and (f) your signature.

**14. What happens if I do nothing at all?**

Because you are automatically included in this lawsuit if you are a Class member and the Court finally certifies the Class, you do not need to do anything to keep the possibility of receiving money or other relief that may come from a trial or settlement. Your claims will be resolved together with the other Class members, and you will be notified if you are eligible to receive any money or if any changes are made to the investment options in which you can invest through the Plan. You will not be allowed to separately bring the same legal claims relating to the management of the Plan during the period at issue (after October 1, 2015), and you will be legally bound by all of the orders that the Court issues and judgments the Court makes in this class action.

## THE LAWYERS REPRESENTING YOU

**15. Do I have a lawyer in this case?**

The Court has appointed the law firms of Nichols Kaster, PLLP, and Tharrington Smith LLP as "Class Counsel," which means that they represent all of the Class Members in connection with this class action lawsuit. They are experienced in handling class action lawsuits. More information about these law firms, their practices, and their lawyers' experience is available at www.nka.com and www.tharringtonsmith.com.

**16. Should I get my own lawyer?**

You do not need to hire your own lawyer because Class Counsel is working on your behalf. But you can hire your own lawyer to appear in court for you, if you so desire. If you want your own lawyer, you will have to pay that lawyer.

| **17. How will the lawyers be paid?** |

If Class Counsel obtain money or benefits for the Class members or the Plan, they may ask the Court to award fees and expenses. You won't have to pay these fees and expenses. If the Court grants Class Counsel's request, the fees and expenses would be either deducted from any money obtained for the Class members or the Plan, or paid separately by the Defendants.

## THE TRIAL

| **18. How and when will the Court decide who is right?** |

As long as the case isn't resolved by a settlement or otherwise, Class Counsel will have to prove the Plaintiff's claims at a trial. The trial is currently scheduled to start on Monday, March 15, 2021 in the United States District Court for the Western District of North Carolina, 212 Charles R. Jonas Federal Bldg., 401 West Trade Street, Charlotte, NC 28202. During the trial, the Court will hear all of the evidence necessary to reach a decision about whether the Plaintiff or Defendants are right about the claims in the lawsuit. There is no guarantee that the Plaintiff will win or that he will get any money for the Class members or the Plan, or that the Court will require any changes to the investment options made available in the Plan.

| **19. Do I have to come to the trial?** |

You do not need to attend the trial. Class Counsel will present Plaintiff's case, and Defendants will present their defenses. You or your own lawyer are welcome to attend at your own expense.

| **20. Will I get money after the trial?** |

If the Class is awarded money or benefits as a result of the trial or a settlement, you will be notified. You will similarly be notified if the Court requires any changes to the investment options made available under the Plan. We do not know how long this will take.

## GETTING MORE INFORMATION

| **21. Are more details available?** |

For more information, visit the website [www.lowes401kclassaction.com], where you can find the First Amended Complaint, the Defendants' Answers to the First Amended Complaint, the Court's Order Granting in Part and Denying in Part the Motion to Dismiss of Lowe's Companies, Inc. and the Administrative Committee of Lowe's Companies, Inc., and the Court's Order Preliminarily Granting Class Certification. You may also contact Class Counsel by calling [phone number], or write to Class Counsel as follows:

NICHOLS KASTER, PLLP  
Attn: Kai Richter  
4700 IDS Center, 80 South Eighth Street  
Minneapolis, MN  55402

THARRINGTON SMITH LLP  
Attn: F. Hill Allen  
P.O. Box 1151  
Raleigh, NC 27602