IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:18-CV-00075-KDB-DCK

| | |
|---|---|
| BENJAMIN REETZ,<br><br>    Plaintiffs,<br><br>    v.<br><br>LOWE'S COMPANIES, INC., ET AL,<br><br>    Defendants. | **ORDER** |

**THIS MATTER** is before the Court on the parties' Joint Motion for Approval of Class Notice (Doc. No. 102). The Court has carefully considered the motion and the proposed notice and will grant the motion for good cause shown.

**NOW THEREFORE IT IS ORDERED THAT:**

1. The parties' Joint Motion (Doc. No. 102) is **GRANTED; and**

2. The Class Notice attached to the motion (Doc. No. 102-1) shall be provided to the preliminarily certified class in the manner and on the terms described in the motion and the notice (with the exception that the notice shall list the place of the trial of this matter as the United States Courthouse, 200 West Broad Street, Statesville, NC 28677).

**SO ORDERED ADJUDGED AND DECREED**.

Signed: November 16, 2020

Kenneth D. Bell
United States District Judge