# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:18-CV-075-KDB-DCK

| | |
|---|---|
| BENJAMIN REETZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ORDER |
| LOWE'S COMPANIES, INC., et al., | ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Extend Dispositive Motion Page Limit And Response Deadline" (Document No. 111) filed November 30, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion with modification.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Extend Dispositive Motion Page Limit And Response Deadline" (Document No. 111) is **GRANTED with modification**. Dispositive motions are due by **December 17, 2020**; Responses are due by **January 18, 2021**; and Reply briefs are due by **February 1, 2021**. The page limit for summary judgment motions is extended to **thirty-two (32) pages**.

**SO ORDERED**.

Signed: December 1, 2020

David C. Keesler
United States Magistrate Judge