IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:18-CV-075-KDB-DCK

| | |
|---|---|
| BENJAMIN REETZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LOWE'S COMPANIES, INC., ) | |
| ADMINISTRATIVE COMMITTEE OF ) | |
| LOWE'S COMPANIES, INC., and AON ) | |
| HEWITT INVESTMENT CONSULTING, INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Establish A Briefing Schedule For *Daubert* Motions" (Document No. 132) filed December 17, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting agreement of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Establish A Briefing Schedule For *Daubert* Motions" (Document No. 132) is **GRANTED**. *Daubert* motions shall be filed on or before **January 19, 2021**; responses to *Daubert* motions shall be filed on or before **February 8, 2021**; and reply briefs in support of *Daubert* motions shall be filed on or before **February 16, 2021**.

**SO ORDERED**.

Signed: December 17, 2020

David C. Keesler
United States Magistrate Judge