IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| Benjamin Reetz, individually and as the representative of a class of similarly situated persons, and on behalf of the Lowe's 401(k) Plan,<br><br>Plaintiff,<br><br>v.<br><br>Lowe's Companies, Inc., Administrative Committee of Lowe's Companies, Inc., and Aon Hewitt Investment Consulting, Inc.,<br><br>Defendants. | Case No. 5:18-cv-00075-KDB-DCK |

## JOINT NOTICE REGARDING ABSENCE OF OBJECTIONS TO ORDER PRELIMINARILY GRANTING CLASS CERTIFICATION

Pursuant to this Court's Order Preliminarily Granting Class Certification (Doc. 97), the Parties hereby submit the following Joint Notice Regarding Absence of Objections to the Court's Order Preliminarily Granting Class Certification.

1. The Parties previously stipulated and agreed to class certification in this action. *See Doc. 94*.

2. On November 5, 2020, the Court entered an order preliminarily certifying the following class:

> All participants and beneficiaries of the Lowe's 401(k) Plan whose Plan account balances were invested in the Hewitt Growth Fund at any time on or after October 1, 2015, through the date of judgment, excluding Defendants, any of their directors, and any officers or employees of Defendants with responsibility for the Plan's investment or administrative functions.

*Doc. 97 at 4–5*. The Court also preliminarily appointed Nichols Kaster, PLLP and Tharrington Smith LLP as Class Counsel. *Id. at 5*.

1

2. In its order preliminarily certifying the class, the Court ordered the Parties to submit a proposed class notice that included at least a 30-day period for the preliminarily certified class members to object to the certification. *Id.*

3. On November 13, 2020, the Parties filed a Joint Motion for Approval of Class Notice, with a proposed Class Notice attached. *See Docs. 102, 102-1*.

4. On November 17, 2020, the Court entered an order granting the Parties' Joint Motion and instructing the Parties to provide the Class Notice, as amended, to the preliminarily certified class in the manner and on the terms described in the motion and the notice. *ECF No. 105*. The Parties were further ordered to "inform the Court within 14 days after the objection deadline whether no objections were received (in which case the preliminary class certification order shall automatically become final), or respond to any such objections (in which case the Court will rule on the objections)." *Doc. 97 at 5*.

5. On December 11, 2020, in accordance with the motion and the notice, the Class Notice was distributed via U.S. mail. Consistent with the form of notice approved by the Court, the Class Notice informed members of the preliminarily certified class of their legal rights and options, and instructed class members that any objection to class certification must be postmarked by January 12, 2021 for it to be considered by the Court.

6. The deadline for objections has passed, and no objections to class certification have been received by any of the Parties. *See Doc. 97 at 5*. Accordingly, the Parties agree that the conditions for finalizing certification of the stipulated class have been met. *See id.*

Dated: January 25, 2021

/s/ Kai H. Richter
Kai H. Richter*
Paul J. Lukas*
Brock J. Specht*
Mark E. Thomson*
Patricia C. Dana*
NICHOLS KASTER, PLLP
4700 IDS Center
80 South 8th St.
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 338-4878
krichter@nka.com
lukas@nka.com
bspecht@nka.com
mthomson@nka.com
pdana@nka.com
*Appearing *pro hac vice*

F. Hill Allen, IV
THARRINGTON SMITH, LLP
P.O. Box 1151
150 Fayetteville St.
Raleigh, NC 27602
Telephone: (919) 821-4711
Fax: (919) 829-1583
hallen@tharringtonsmith.com

*Attorneys for Plaintiff and the Class*

Respectfully submitted,

/s/   Sean C. Abouchedid
Lars C. Golumbic*
Sean C. Abouchedid*
Andrew Salek-Raham*
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave., NW
Washington, DC 20006
Telephone: (202) 861-9383
Fax: (202) 659-4503
lgolumbic@groom.com
sabouchedid@groom.com
asalek-raham@groom.com
*Appearing *pro hac vice*

Mark Andrew Nebrig
MOORE & VAN ALLEN PLLC
100 N. Tryon St. Ste. 4700
Charlotte, NC 28202
Telephone: (704) 331-3602
Fax: (704) 339-5974
marknebrig@mvalaw.com

*Attorneys for Lowe's Companies, Inc. and the Administrative Committee of Lowe's Companies, Inc.*

/s/ Shannon M. Barrett
Brian Boyle*
Shannon M. Barrett*
Deanna M. Rice*
O'MELVENY & MYERS LLP
1625 Eye St., NW
Washington, DC 20006
Telephone: (202) 383-5300
Fax: (202) 383-5414
bboyle@omm.com
sbarrett@omm.com
derice@omm.com

Stuart M. Sarnoff*
Edward Moss*
William Pollak*
Jeffrey A. Kopczynski*

3

Laura Aronsson*
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 728-5675
Fax: (212) 326-2061
ssarnoff@omm.com
emoss@omm.com
jkopczynski@omm.com
wpollak@omm.com
*Appearing *pro hac vice*

Michael G. Adams
Nicholas H. Lee
PARKER, POE, ADAMS & BERNSTEIN
401 South Tryon St., Suite 3000
Charlotte, NC 28202
Telephone: (704) 372-9000
Fax: (704) 334-4706
mikeadams@parkerpoe.com
nicholaslee@parkerpoe.com

*Attorneys for Aon Hewitt Investment Consulting, Inc.*

4