IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:18-CV-075-KDB-DCK

| | |
|---|---|
| BENJAMIN REETZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| LOWE'S COMPANIES, INC., | ) |
| ADMINISTRATIVE COMMITTEE OF | ) |
| LOWE'S COMPANIES, INC., JOHN and | ) |
| JANE DOES 1-20, and AON HEWITT | ) |
| INVESTMENT CONSULTING, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 203) filed by Mark A. Nebrig, concerning William J. Delany on February 19, 2021. William J. Delany seeks to appear as counsel *pro hac vice* for Lowe's Companies, Inc. and Administrative Committee of Lowe's Companies, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 203) is **GRANTED**. William J. Delany is hereby admitted *pro hac vice* to represent Lowe's Companies, Inc. and Administrative Committee of Lowe's Companies, Inc.

Signed: February 19, 2021

David C. Keesler
United States Magistrate Judge