IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:18-CV-075-KDB-DCK

| | |
|---|---|
| **BENJAMIN REETZ,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **LOWE'S COMPANIES, INC., ADMINISTRATIVE COMMITTEE OF LOWE'S COMPANIES, INC., and AON HEWITT INVESTMENT CONSULTING, INC.,** | ) |
| **Defendants.** | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff and Defendants Lowe's Companies, Inc. and the Administrative Committee of Lowe's Companies, Inc. (collectively, "the Lowe's Defendants") "Joint Motion To Extend Deadline To File Motion For Preliminary Approval Of Settlement Agreement" (Document No. 216) filed May 21, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Bell's chambers, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Extend Deadline To File Motion For Preliminary Approval of Settlement Agreement" (Document No. 216) is **GRANTED**. Plaintiff and the Lowe's Defendants shall have up to and including **May 28, 2021** to file their motion for preliminary approval of the settlement agreement and any related materials.

**SO ORDERED**.

Signed: May 24, 2021

David C. Keesler
United States Magistrate Judge