IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| Benjamin Reetz, individually and as the representative of a class of similarly situated persons, and on behalf of the Lowe's 401(k) Plan,<br><br>Plaintiff,<br><br>v.<br><br>Lowe's Companies, Inc., Administrative Committee of Lowe's Companies, Inc., and Aon Hewitt Investment Consulting, Inc.,<br><br>Defendants. | Case No. 5:18-cv-00075-KDB-DCK<br><br>**PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF PARTIAL CLASS ACTION SETTLEMENT WITH LOWE'S DEFENDANTS** |

Plaintiff Benjamin Reetz ("Plaintiff"), as representative of the class previously certified by the Court (*see* Dkt. 97) and on behalf of the Lowe's 401(k) Plan (the "Plan"), respectfully moves this Court for an Order: (1) preliminarily approving the Settling Parties' Class Action Settlement Agreement; (2) approving the proposed Notices of Settlement; (3) certifying the proposed Settlement Class for purposes of Settlement; (4) scheduling a Fairness Hearing; and (5) granting such other relief as set forth in the proposed Preliminary Approval Order submitted herewith, including a preliminary bar order consistent with Paragraphs 2.1(e) and 2.3(g) of the Settlement Agreement.

This motion is made pursuant to Federal Rule of Civil Procedure 23(e), and is based on the accompanying Memorandum of Law and authorities cited therein, the Declaration of Kai Richter and exhibits thereto, the Declaration of Benjamin Reetz and exhibit thereto, the Settling Parties' Settlement Agreement, and all files, records, and proceedings in this matter.

Neither the Settling Defendants nor Aon Hewitt Investment Consulting, Inc. ("Aon") oppose the settlement or entry of the proposed bar order.

Respectfully Submitted,

Dated: May 28, 2021 **NICHOLS KASTER, PLLP**

/s/ <u>Kai H. Richter</u>
Kai H. Richter, MN Bar No. 0296545*
Paul J. Lukas, MN Bar No. 22084X*
Brock J. Specht, MN Bar No. 0388343*
Mark E. Thomson, MN Bar No. 0398260*
Patricia C. Dana, MN Bar No. 0400803*
    * *admitted pro hac vice*
4700 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
krichter@nka.com
lukas@nka.com
bspecht@nka.com
mthomson@nka.com
pdana@nka.com

**THARRINGTON SMITH, L.L.P.**
F. Hill Allen, N.C. Bar No. 18884
Post Office Box 1151
150 Fayetteville Street
Raleigh, N.C. 27602-1151
Telephone: (919) 821-4711
Fax: (919) 829-1583
Email: hallen@tharringtonsmith.com

*Attorneys for Plaintiff and the Class*