# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO. 5:18-CV-075-KDB-DCK

| | |
|---|---|
| BENJAMIN REETZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LOWE'S COMPANIES, INC., ) | |
| ADMINISTRATIVE COMMITTEE OF ) | |
| LOWE'S COMPANIES, INC., and AON ) | |
| HEWITT INVESTMENT CONSULTING, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' proposed "Consent Order For Modified Sealing Procedure For Filing Documents In Connection With Trial Briefing" (Document No. 219) filed May 27, 2021. The proposed order has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the proposed consent order and the record, and in consultation with Judge Bell's chambers, the undersigned will allow the proposed order.

**WHEREAS** Plaintiff Benjamin Reetz, Defendants Lowe's Companies, Inc. and the Administrative Committee of Lowe's Companies, Inc., and Defendant Aon Hewitt Investment Consulting, Inc. (together, the "Parties") collectively believe that the Parties will be citing to information designated as "Confidential" or "Highly Confidential" under the Consent Protective Order (Document No. 68) ("Protective Order") with their proposed findings of fact and conclusions of law and pre-trial brief on May 28, 2021.

**WHEREAS** the Parties seek an order stating that any Party or non-Party wanting to permanently seal any of their "Confidential" or "Highly Confidential" information under the Protective Order filed in any Party's trial briefing may move the Court to do so in compliance with applicable case law and the relevant provisions of the Local Rules and the Protective Order by July 30, 2021; and any Party wishing to object or otherwise respond to another Party's or non-Party's motion to seal may do so by August 6, 2021.

**THEREFORE**, it is hereby stipulated among the Parties and ordered that all documents containing any Party's or non-Party's information designated as "Confidential" or "Highly Confidential" under the Protective Order and filed in connection with the Parties' proposed findings of fact and conclusions of law and pre-trial briefs be filed provisionally under seal; any Party or non-Party wishing to permanently seal any of their "Confidential" or "Highly Confidential" information filed in any Party's proposed findings of fact and conclusions of law or pre-trial brief do so in compliance with applicable case law and the relevant provisions of the Local Rules and the Protective Order by July 30, 2021; and any Party or non-Party wishing to object or otherwise respond to another Party's or non-Party's motion to seal may do so by August 6, 2021.

**SO ORDERED**.

Signed: May 28, 2021

David C. Keesler
United States Magistrate Judge

Dated: May 27, 2021

Respectfully submitted,

*/s/ Kai H. Richter*
Kai H. Richter*
Paul J. Lukas*
Brock J. Specht*
Mark E. Thomson*
Patricia C. Dana*
NICHOLS KASTER, PLLP
4700 IDS Center
80 South 8th St.
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 338-4878
krichter@nka.com
lukas@nka.com
bspecht@nka.com
mthomson@nka.com
pdana@nka.com
*Appearing *pro hac vice*

F. Hill Allen, IV
THARRINGTON SMITH, LLP
P.O. Box 1151
150 Fayetteville St.
Raleigh, NC 27602
Telephone: (919) 821-4711
Fax: (919) 829-1583
hallen@tharringtonsmith.com

*Attorneys for Plaintiffs*

*/s/ Lars C. Golumbic*
Lars C. Golumbic*
Sean C. Abouchedid*
Andrew Salek-Raham*
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave., NW
Washington, DC 20006
Telephone: (202) 861-9383
Fax: (202) 659-4503
lgolumbic@groom.com
sabouchedid@groom.com
asalek-raham@groom.com
*Appearing *pro hac vice*

Mark Andrew Nebrig
MOORE & VAN ALLEN PLLC
100 N. Tryon St. Ste. 4700
Charlotte, NC 28202
Telephone: (704) 331-3602
Fax: (704) 339-5974
marknebrig@mvalaw.com

*Attorneys for Lowe's Companies, Inc. and the Administrative Committee of Lowe's Companies, Inc.*

*/s/ Jeffrey A .N. Kopczynski*
Brian Boyle*
Shannon M. Barrett*
Deanna M. Rice*
O'MELVENY & MYERS LLP
1625 Eye St., NW
Washington, DC 20006
Telephone: (202) 383-5300
Fax: (202) 383-5414
bboyle@omm.com
sbarrett@omm.com
derice@omm.com

Stuart M. Sarnoff*
Edward Moss*
Jeffrey A. N. Kopczynski*
William Pollak*

Laura Aronsson*
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 728-5675
Fax: (212) 326-2061
ssarnoff@omm.com
emoss@omm.com
jkopczynski@omm.com
wpollak@omm.com
laronsson@omm.com
*Appearing *pro hac vice*

Michael G. Adams
Nicholas H. Lee
PARKER, POE, ADAMS & BERNSTEIN
401 South Tryon St., Suite 3000
Charlotte, NC 28202
Telephone: (704) 372-9000
Fax: (704) 334-4706
mikeadams@parkerpoe.com
nicholaslee@parkerpoe.com

*Attorneys for Aon Hewitt Investment Consulting, Inc.*