IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:18-CV-075-KDB-DCK

| | |
|---|---|
| **BENJAMIN REETZ,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **LOWE'S COMPANIES, INC.**, et al. | ) |
| **Defendants**. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 236) filed by Michael G. Adams, concerning M. Randall Oppenheimer, on June 17, 2021. M. Randall Oppenheimer seeks to appear as counsel *pro hac vice* for Defendant Aon Hewitt Investment Consulting, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 236) is **GRANTED**. M. Randall Oppenheimer is hereby admitted *pro hac vice* to represent Defendant Aon Hewitt Investment Consulting, Inc.

**SO ORDERED**.

Signed: June 17, 2021

David C. Keesler
United States Magistrate Judge