# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | |
|---|---|
| Benjamin Reetz, individually and as the representative of a class of similarly situated persons, and on behalf of the Lowe's 401(k) Plan,<br><br>Plaintiff,<br><br>v.<br><br>Lowe's Companies, Inc., Administrative Committee of Lowe's Companies, Inc., and Aon Hewitt Investment Consulting, Inc.,<br><br>Defendants. | Case No. 5:18-cv-00075-KDB-DCK<br><br>**PLAINTIFF'S MOTION FOR FINAL APPROVAL OF PARTIAL CLASS ACTION SETTLEMENT WITH LOWE'S DEFENDANTS** |

PLEASE TAKE NOTICE that on August 26, 2021 at 1:30 p.m., before the Honorable Kenneth D. Bell, Plaintiff Benjamin Reetz ("Plaintiff") will and hereby does move this Court for an Order granting final approval of the Settling Parties' proposed partial Class Action Settlement Agreement. This motion is made pursuant to Federal Rule of Civil Procedure 23, this Court's Preliminary Approval Order dated June 9, 2021 (*Dkt. 234*), and Paragraph 2.3 of the Class Action Settlement Agreement between Plaintiff and the Lowe's Defendants (*Dkt. 221-03*). This motion is based on the accompanying Memorandum of Law and authorities cited therein, the declarations of Kai Richter and Jeffrey Mitchell and exhibits attached thereto, the Settling Parties' Settlement Agreement, the Court's Preliminary Approval Order (*Dkt. 234*), and all files, records, and proceedings in this matter.

This motion is unopposed by the Lowe's Defendants, and Defendant Aon Hewitt Investment Consulting, Inc. ("Aon") takes no position on the motion.

Respectfully Submitted,

Dated: August 12, 2021

**NICHOLS KASTER, PLLP**

/s/ Kai H. Richter
Kai H. Richter, MN Bar No. 0296545*
Paul J. Lukas, MN Bar No. 22084X*
Brock J. Specht, MN Bar No. 0388343*
Mark E. Thomson, MN Bar No. 0398260*
Patricia C. Dana, MN Bar No. 0400803*
  * *admitted pro hac vice*
4700 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
krichter@nka.com
lukas@nka.com
bspecht@nka.com
mthomson@nka.com
pdana@nka.com

**THARRINGTON SMITH, L.L.P.**
F. Hill Allen, N.C. Bar No. 18884
Post Office Box 1151
150 Fayetteville Street
Raleigh, N.C. 27602-1151
Telephone: (919) 821-4711
Fax: (919) 829-1583
Email: hallen@tharringtonsmith.com

*Attorneys for Plaintiff and the Class*