IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| Benjamin Reetz, individually and as the representative of a class of similarly situated persons, and on behalf of the Lowe's 401(k) Plan,<br><br>Plaintiff,<br><br>v.<br><br>Lowe's Companies, Inc., Administrative Committee of Lowe's Companies, Inc., and Aon Hewitt Investment Consulting, Inc.,<br><br>Defendants. | Case No. 5:18-cv-00075-KDB-DCK |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff Benjamin Reetz, individually and as the representative of a certified class of similarly situated persons, and on behalf of the Lowe's 401(k) Plan, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment entered in this action on October 12, 2021 (Dkt. 264) and the Memorandum of Decision and Order of the same date (Dkt. 262).

Dated: November 9, 2021

Respectfully Submitted,

**NICHOLS KASTER, PLLP**
/s/ *Kai H. Richter*
Kai H. Richter, MN Bar No. 0296545*
Paul J. Lukas, MN Bar No. 22084X*
Brock J. Specht, MN Bar No. 0388343*
Mark E. Thomson, MN Bar No. 0398260*
Patricia C. Dana, MN Bar No. 400803*
  * admitted pro hac vice
4700 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
krichter@nka.com

1

lukas@nka.com
bspecht@nka.com
mthomson@nka.com
pdana@nka.com

**THARRINGTON SMITH, L.L.P.**
F. Hill Allen, N.C. Bar No. 18884
Post Office Box 1151
150 Fayetteville Street
Raleigh, N.C. 27602-1151
Telephone: (919) 821-4711
Fax: (919) 829-1583
Email: hallen@tharringtonsmith.com

*Attorneys for Plaintiff and the Class*

Case 5:18-cv-00075-KDB-DCK   Document 265   Filed 11/09/21   Page 2 of 2